RECEIVED

JAN 1 5 2009

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

S B & A TOURS &
LEASING, L.L.C.

CIV. ACTION 08-CV-1077

VS.

JUDGE HAIK

LINCOLN GEN'L INS. CO.

MAGISTRATE JUDGE METHVIN

## *JURISDICTIONAL AMOUNT REVIEW*

This diversity case was filed directly in federal court alleging jurisdiction under 28 U.S.C. §1332. As required by a standing order of this court, the undersigned has reviewed the record to determine whether the required jurisdictional amount has been established.

S B & A Tours and Leasing is a touring coach service and owns two travel trailers to provide travel accommodations for entertainment and athletic clients. Plaintiff alleges that Lincoln General Ins. Co. provided to it insurance coverage for any property damages and that one of its tractor trailers was totally lost due to two separate fires. Plaintiff seeks damages for the loss of the trailer in the amount of $110,000 plus other damages, including loss of contents, loss of income, costs of storage, costs of repairs or replacement, and penalties and attorneys fees.

Considering the foregoing, the undersigned concludes that the required jurisdictional amount has been established, and no further briefing is required.

Signed at Lafayette, Louisiana, on January ___, 2009.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax) .